# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION AT JACKSON

| | |
|---|---|
| ELEMENT ALUMINUM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05-1145 T/An |
| ) | |
| CAUFFIEL TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## [~~PROPOSED~~] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND OF

This matter came on to be heard upon the Consent Motion of Defendant, CAUFFIEL TECHNOLOGIES CORPORATION, for an additional forty-five (45) days to answer or otherwise respond to the Complaint filed against it in the above-styled cause. For the reasons set forth in the Motion, the Court finds that the Motion is well taken, and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Consent Motion of Defendant, CAUFFIEL TECHNOLOGIES CORPORATION, for an extension of time to answer or otherwise respond should be and is hereby GRANTED, and that Defendant, CAUFFIEL TECHNOLOGIES CORPORATION, shall have until August 12, 2005, to answer or otherwise respond to the Complaint in this cause.

ENTERED this _05th_ day of _July_, 2005.

_S. Thomas Anderson_
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _7/7/05_

N JSH 511555 v1
0-0 06/24/05



Submitted for Entry:

*[signature]*
John S. Hicks (BPR No. 10478)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
(615) 726-0464 (*Facsimile*)

Attorneys for Cauffiel Technologies Corp.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of June, 2005, a true and correct copy of the foregoing has been forwarded, via United States Mail, first-class postage prepaid, to:

>Jerry P. Spore, Esq.
>Spragins, Barnett, Cobb & Butler, PLC
>312 East Lafayette
>Post Office Box 2004
>Jackson, Tennessee 38302-2004

>Thomas J. Verticchio, Esq.
>Patzik, Frank & Samotny, Ltd.
>150 South Wacker Drive, Suite 900
>Chicago, Illinois 60606

*[signature]*

N JSH 511555 v1
0-0 06/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01145 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Jonathan L. Bobbitt
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT